AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 22MJ228 | Date and time warrant executed: 12/29/22 9:23PM | Copy of warrant and inventory left with: AT+T + T-Mobile |

Inventory made in the presence of:
Sgt. Joseph Lewandowski

Inventory of the property taken and name(s) of any person(s) seized:

Pen Register and Ping Data for the phone numbers:

206-746-8444
251-656-4433
936-244-0931
832-275-0720
713-409-6646

These records were saved to a CD and inventoried as evidence at the Wauwatosa Police Department, located at 1700 N. 116th St., in the City of Wauwatosa, State of Wisconsin.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/21/23

_Executing officer's signature_

TFO Martin Keck
_Printed name and title_